## BILL FULLINGIM v. STATE.

No. A-8230.  Nov. 14, 1931.
(5 Pac. [2d] 1119.)

Hughes & Hughes, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error, hereinafter called defendant, was convicted in the county court of Kiowa county of having the unlawful possession of whisky, and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

The only contention made is that the evidence is insufficient to sustain the judgment.  Without reciting the facts proven, we are satisfied there is sufficient evidence from which the jury might reasonably and logically find defendant guilty.

The case is affirmed.